# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ADLER, JAN M. | US DISTRICT COURT, SDCA | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
940 FRONT STREET, ROOM 2140
SAN DIEGO, CA 92101-8928

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | EQUITY PARTNERS SPECIAL PURPOSE LLC |
| 2. | CO-TRUSTEE | TRUST #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | FEE INCOME FROM FORMER LAW FIRM TO BE COLLECTED FOR WORK PERFORMED BEFORE LEAVING THE FIRM, APPROXIMATELY $35,000 PER YEAR THROUGH 2025. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | EQUITY PARTNERS SPECIAL PURPOSE LLC- MEMBER INCOME | $27,314.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Nuskin: redeemed value of ADR points |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Centro Universitario de Brasilia | 05/24/13 - 05/31/13 | Brasilia and Rio de Janeiro, Brazil | Speaker, International Seminar on Mediation and Arbitration | airfare, transportation, meals and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. AMERIPRISE BROKERAGE ACCOUNT | | None | J | T | | | | | |
| 3. ---AMCAP CL A | D | Dividend | L | T | | | | | |
| 4. ---AMERICAN BALANCED CL A | B | Dividend | L | T | | | | | |
| 5. ---AMERICAN MONEY MARKET CL A | | None | | | Sold | 07/31/13 | J | | |
| 6. ---AMERICAN SHORT TERM TAX EXEMPT BOND CL A | A | Dividend | L | T | | | | | |
| 7. ---CAPITAL INCOME BUILDER CL A | B | Dividend | L | T | Buy | 12/20/13 | K | | |
| 8. ---GROWTH FUND OF AMERICA CL A | C | Dividend | K | T | | | | | |
| 9. ---LIMITED TERM TAX EXEMPT BOND AMERICA CL A | C | Dividend | L | T | Sold (part) | 12/10/13 | K | | |
| 10. ---NEW PERSPECTIVE CL A | C | Dividend | L | T | | | | | |
| 11. ---NEW WORLD CL A | B | Dividend | L | T | | | | | |
| 12. ---WASHINGTON MUTUAL INVESTORS CL A | C | Dividend | M | T | | | | | |
| 13. COLUMBIA FUNDS | | None | | | Sold | 01/15/13 | J | | |
| 14. AMERIPRISE BROKERAGE ACCOUNT IRA #1 - MM | | None | J | T | Sold (part) | 08/13/13 | L | | |
| 15. --- CAPITAL INCOME BUILDER - CL A | B | Dividend | L | T | | | | | |
| 16. --- CAPITAL WORLD GROWTH & INCOME - A | A | Dividend | K | T | | | | | |
| 17. ---MANAGERS YACKTMAN FOCUSED SERVICE CL | B | Dividend | L | T | Buy | 08/13/13 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- NEW PERSPECTIVE - A | C | Dividend | L | T | | | | | |
| 19. --- NEW WORLD | A | Dividend | K | T | | | | | |
| 20. ---PIMCO REAL RETURN BOND - A | A | Dividend | K | T | Sold (part) | 07/31/13 | K | A | |
| 21. ---PIMCO ALL ASSET - A | C | Dividend | L | T | Sold (part) | 07/31/13 | K | | |
| 22. | | | | | Sold (part) | 07/31/13 | J | | |
| 23. ---HCP INCOME | B | Dividend | K | T | | | | | |
| 24. ---CNL LIFESTYLE PROPERTIES INC REIT | B | Distribution | K | T | | | | | |
| 25. ---INLAND AMERICAN | C | Distribution | K | T | | | | | |
| 26. --- FUNDAMENTAL INVESTORS - A | B | Dividend | L | T | | | | | |
| 27. AMERIPRISE BROKERAGE ACCOUNT IRA #2 - MM | | None | J | T | | | | | |
| 28. --- CAPITAL INCOME BUILDER - A | A | Dividend | K | T | | | | | |
| 29. --- CAPITAL WORLD GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 30. AMERIPRISE ONE FINANCIAL ACCOUNT | | None | M | T | Buy (add'l) | 01/04/13 | L | | |
| 31. | | | | | Buy (add'l) | 04/18/13 | J | | |
| 32. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 33. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 34. | | | | | Buy (add'l) | 08/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---INTERMEDIATE BOND FUND OF AMERICA CL A | B | Dividend | L | T | Sold (part) | 04/30/13 | K | | |
| 36. | | | | | Sold (part) | 12/19/13 | K | | |
| 37. ---FRANKLIN FEDERAL INTERMEDIATE TERM TAX-FREE FUND - A | D | Dividend | L | T | Sold (part) | 4/30/13 | L | | |
| 38. | | | | | Sold (part) | 07/11/13 | K | | |
| 39. | | | | | Sold (part) | 12/19/13 | L | | |
| 40. | | | | | Sold (part) | 12/19/13 | L | | |
| 41. ---FRANKLIN FEDERAL LIMITED TERM TAX FREE INCOME CA | A | Dividend | L | T | Buy | 12/29/13 | L | | |
| 42. ---CALVERT TAX FREE BOND - A | B | Dividend | | | Sold | 10/17/13 | L | | |
| 43. ---CNL HEALTHCARE TR INC | C | Dividend | L | T | | | | | |
| 44. STRATEGIC PORTFOLIO SERVICE ADVANTAGE | | None | K | T | Sold (part) | 01/04/13 | L | | |
| 45. | | | | | Sold (part) | 08/13/13 | J | | |
| 46. ---BARON SMALL CAP FUND | B | Dividend | L | T | | | | | |
| 47. ---BLACKROCK INTERMEDIATE MUNICIPAL INVESTOR CL A | A | Dividend | | | Sold | 07/31/13 | L | | |
| 48. ---COLUMBIA DIVIDEND OPPORTUNITY CL A | C | Dividend | L | T | | | | | |
| 49. ---FIDELITY ADVISOR STRATEGIC REAL RETURN | A | Dividend | | | Sold (part) | 07/31/13 | J | | |
| 50. | | | | | Sold | 07/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ---FIDELITY ADVANTAGE STRATEGIC INCOME | B | Dividend | | | Sold (part) | 07/31/13 | K | | |
| 52. | | | | | Sold (part) | 12/19/13 | K | | |
| 53. | | | | | Sold | 12/19/13 | J | A | |
| 54. ---1ST EAGLE GLOBAL - A FIRST EAGLE FUND | C | Dividend | L | T | | | | | |
| 55. ---FRANKLIN FEDERAL INTERMEDIATE TAX FREE INCOME CL A | A | Dividend | L | T | Buy | 08/13/13 | L | | |
| 56. ---FRANKLIN MANAGED TR RISING DIVIDEND FUND CL A | A | Dividend | L | T | | | | | |
| 57. ---FRANKLIN STRATEGIC INCOME CL A | B | Dividend | L | T | Buy | 08/13/13 | K | | |
| 58. | | | | | Buy (add'l) | 12/19/13 | K | | |
| 59. ---GABELLI ASSET AAA | C | Dividend | L | T | | | | | |
| 60. ---JANUS VENTURE CL A | C | Dividend | K | T | | | | | |
| 61. ---LEGG MASON PARTNERS MID CAP CORE A n/k/a CLEARBRIDGE MIDCAP CORE | D | Dividend | L | T | | | | | |
| 62. ---NUVEEN CALIFORNIA MUNICIPAL BOND CL A | A | Dividend | | | Sold | 07/31/13 | K | | |
| 63. ---VIRTUS REAL ESTATE SECURITIES | C | Dividend | K | T | | | | | |
| 64. ---S&P 500 ETF TRUST (SPDR) UNIT SER 1 | B | Dividend | L | T | | | | | |
| 65. ---VANGUARD TOTAL STOCK MARKET | A | Dividend | K | T | | | | | |
| 66. STRATEGIC PORTOLIO SERVICE ADVANTAGE, IRA | | None | L | T | Sold (part) | 08/13/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ---COLUMBIA US GOV'T MORTAGE - A | A | Dividend | | | Sold | 07/31/13 | K | B | |
| 68. ---COLUMBIA ACORN - A | D | Dividend | L | T | | | | | |
| 69. ---COLUMBIA DIVIDEND OPPORTUNITY CL A | C | Dividend | L | T | | | | | |
| 70. ---DOUBLELINE TOTAL RETURN BOND CL N | B | Dividend | K | T | | | | | |
| 71. ---BLACKROCK NATIONAL RESOURCES - A | A | Dividend | K | T | | | | | |
| 72. ---S&P (SPDR) GOLD TRUST | | None | K | T | | | | | |
| 73. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTED CD 5/31/12 | A | Interest | | | Matured | 05/31/13 | J | | |
| 74. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 6/28/13 | A | Interest | | | Matured | 06/28/13 | J | | |
| 75. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 8/1/13 | A | Interest | | | Matured | 08/01/13 | J | | |
| 76. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 8/29/13 | A | Interest | | | Matured | 08/29/13 | J | | |
| 77. ---HSBC BANK USA WILMINGTON DELAWARE STRUCTURED CD 11/29/13 | | None | | | Matured | 11/29/13 | J | | |
| 78. ---FIDELITY ADVANTAGE STRATEGIC REAL RETURN - A | A | Dividend | | | Sold | 07/31/13 | K | D | |
| 79. ---FIDELITY ADVANTAGE STRATEGIC INCOME - A | B | Dividend | K | T | | | | | |
| 80. ---1ST EAGLE US VALUE - A FIRST EAGLE FUND | B | Dividend | L | T | | | | | |
| 81. ---FRANKLIN RISING DIVIDENDS | A | Dividend | K | T | | | | | |
| 82. ---FRANKLIN STRATEGIC INCOME CA | A | Dividend | K | T | Buy | 08/13/13 | K | | |
| 83. ---MANAGERS YACKTMAN FOCUSED SERVICE CL | A | Dividend | K | T | Buy | 08/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 85. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 86. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 87. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 88. ---MANNING & NAPIER FUND PRO BLEND MODERATE TERM CL A | C | Dividend | L | T | Buy | 08/30/13 | K | | |
| 89. | | | | | Buy (add'l) | 09/25/13 | K | | |
| 90. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 91. | | | | | Buy (add'l) | 12/02/13 | K | | |
| 92. ---NUVEEN SANTA BARBARA GROWTH CL A | A | Dividend | K | T | | | | | |
| 93. ---WEITZ SHORT INTERIM INCOME | B | Dividend | L | T | | | | | |
| 94. ---VANGUARD TOTAL STOCK MARKET | A | Dividend | K | T | | | | | |
| 95. RIVERSOURCE LIFE INSURANCE CO RAVA 5 - COLUMBIA VP | | None | N | T | | | | | |
| 96. RIVERSOURCE RETIREMENT ADVISOR 4 - VP MODERATE CL 4 | | None | M | T | | | | | |
| 97. RIVERSOURCE LIFE PROTECTION PLUS UL INSURANCE | | None | M | T | | | | | |
| 98. JP MORGAN CHASE BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 99. FIDELITY ADVISOR #1 | | None | K | T | | | | | |
| 100. FIDELITY ADVISOR #2 | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101.  METLIFE, INC. | A | Dividend | | | Sold | 03/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ADLER, JAN M. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 2:  HEADER FOR INVESTMENTS LINES 2-98 HELD IN TRUST #1
PART VII, LINE 101:  SEE AMENDMENTS FILED FOR YEARS 2011 & 2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN M. ADLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544